IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| R. EDWARD HOWELL, II and JENNY R. HOWELL, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> SKYJACK, INC. and UNITED RENTALS, INC., <br><br> Defendants. | Case No. 09-3089-CV-S-GAF |

### ORDER GRANTING PLAINTIFFS' MOTION TO ADD PARTY DEFENDANT OEM CONTROLS, INC.

Now pending before the Court is Plaintiffs' Motion to Add Party Defendant OEM Controls, Inc. For good cause shown, and there being no objection by opposing counsel, it is

ORDERED that Plaintiffs are granted leave to join Defendant OEM Controls, Inc.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: September 25, 2009